CHASE NATIONAL BANK OF THE CITY OF · NEW YORK, Respondent, *v.* MARY TURNER et al., Defendants, and MARK C. CANDEE et al., Appellants.

Submitted January 16, 1939; decided January 18, 1939.

*Edward F. X. Ryan* for motion.

*Mark C. Candee* opposed.

Motion granted and appeals dismissed, with costs, and ten dollars costs of motion.